# EXHIBIT 22

**About TEMU**

Shop at Temu to Find Your Spark!!

- Temu provides a huge selection of products at surprisingly hard-to-beat prices and quality: fashion, accessories, kitchenware, pet supplies, and more.
- Temu embraces uniqueness and differences and there is always something for everyone on Temu.
- To know more about Temu, feel free to visit: temu.com or download Temu App.
- Temu is pronounced like 'TE-MOO'. *('TE' as in 'TECH')*

**Campaign Goal**

- Build brand awareness.
- Attract new users to download our app and shop at Temu.

**Campaign Overview**

Each influencer can select several free items on Temu and all will be shipped to the influencer for content creation.

**Campaign Benefits**

**Exclusive discount code just for your audiences:**

- 40% off coupon sitewide

## Deliverables

### Ins post/reels/stories

### POST:

Share at least 2 photos of our different products in the feed.

### REELS/STORIES:

Minimum length: 15s.

Content requirement

1. **Video（Instagram reels）**

- Show the promo code and price of each item in the text.
- Temu logo should be displayed on the box or bag.
- Show each product with in-person trying on and explain why you recommend it.

- Show the price of each item in the video.
- Give a tutorial on how to get your looks and discount with screen-recording.

reference: search code reference.mp4

2. **Photo (Instagram post)**

- Mix and match with all provided products, unless there is a quality issue.
- Include a poster in the post if provided.

**Video Caption**

- Show the price of each item in the text.
- Include call-to-action: search for the code XXXX on Temu.com to get my looks with 40% off.
- Tag @shoptemu and include #temustyle #temubaes #temufinds #temu in the video headline.
  - **For Instagram Caption:** highlight 'why choose Temu.com' in one line, references below:
    - 【Clothing/Fashion/Outfit】
      - ��Unbelievable prices and unbelievable quality! Temu.com is my new obsession for clothing!
      - Tag someone who spends too much on clothing, Temu.com will be their new obsession with everything so cheap and so good quality!
      - so freakin cute and so freakin cheap, check Temu.com out to shop the best looks.

- Shein is not the only cheap option for clothing! Check Temu.com out, cheaper and way better quality!
- Looking for clothes better than Shein but cheaper than revolve? Check Temu.com out.

## Interaction

- Pin @shoptemu's interactive comments under the collaboration post.

## Don'ts

- **NO OTHER BRAND** be mentioned in the video or included in the caption.
- **NO OTHER SPONSORED ADS** on the same day when publishing Temu's sponsored video

## Content Usage Right

By participating in this campaign, you allow us to repost the original content you generated for this campaign on Temu's marketing channels such as websites, social media accounts, paid advertisements, and email marketing for a period of 6 months.