CO-386
10/2018

# United States District Court
# For the District of Columbia

ROADGET BUSINESS PTE. LTD.,  )
                                       )
                                       )
                                       )
                                       )    Civil Action No. 1:24-cv-02402
            **vs**       Plaintiff   )
PDD HOLDINGS INC., et al.    )
                                         )
                                         )
                                         )
                Defendant  )

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for **Roadget Business Pte. Ltd.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Roadget Business Pte. Ltd.** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                         Attorney of Record

                                         Signature

#979677                                         William A. Burck
BAR IDENTIFICATION NO.               Print Name

                                         1300 I Street NW, Suite 900
                                         Address

                                         Washington, D.C. 20005-3314
                                         City           State        Zip Code

                                         (202) 538-8000
                                         Phone Number