# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> PDD HOLDINGS INC., WHALECO, INC., and DOES 1-20, <br><br> Defendants. | Case No.  24-cv-02402 (TJK) |

## PARTIES' JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE ON MOTIONS TO DISMISS

Plaintiff Roadget Business PTE. LTD. ("Plaintiff" or "SHEIN") and Defendants PDD Holdings Inc. and WhaleCo Inc. ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, jointly move pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Standing Order in Civil Cases (Doc. No. 12) for the entry of a briefing schedule on Defendants' anticipated motions to dismiss the Complaint. As grounds for the Joint Motion, the Parties state as follows:

1. Plaintiff filed its Complaint on August 19, 2024.

2. The Parties jointly moved to extend Defendants' time to file an answer or otherwise respond to the Complaint on September 6, 2024.

3. The Court granted the Parties' joint motion to extend Defendants' time to file an answer or otherwise respond to the Complaint on September 9, 2024, and ordered that Defendants answer or otherwise respond to the Complaint by October 16, 2024.

4. The Parties agree that, in light of the allegations and claims in the Complaint, good cause supports an extension of the default briefing schedule under the Local Rules in response to

1

Defendants' anticipated motions to dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

5.  The Parties have conferred and jointly request that the following briefing schedule govern Defendants' anticipated motions to dismiss, which are currently due October 16, 2024: Plaintiff shall file any opposition to Defendants' motions to dismiss on or before November 20, 2024; Defendants shall file any reply in further support of their motions to dismiss on or before December 12, 2024.

6.  A Proposed Order setting forth the above-referenced schedule is attached to the Joint Motion.

7.  No previous extension to the briefing schedule has been granted, and the requested extension to the briefing schedule will have no effect on any existing deadlines or schedules.

Date:  October 9, 2024

Respectfully submitted,

*/s/ Michael E. Williams*
William Burck
williamburck@quinnemanuel.com
Michael D. Bonanno
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005-3314
(202) 538-8000

John B. Quinn (*pro hac vice*)
johnquinn@quinnemanuel.com
Michael E. Williams (*pro hac vice*)
michaelwilliams@quinnemanuel.com
Kevin Y Teruya (*pro hac vice*)
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor

*/s/ Anna Naydonov*
Anna Naydonov (D.C. Bar No. 980910)
Michael J. Songer (D.C. Bar No. 453727)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 637-6197
Fax: (202) 639-9355
anna.naydonov@whitecase.com
michael.songer@whitecase.com

Glenn Michael Kurtz (*pro hac vice*)
Claudine Columbres (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
gkurtz@whitecase.com
ccolumbres@whitecase.com

Los Angeles, CA 90017
(213) 443-3251

Andrew H. Schapiro (*pro hac vice*)
andrewschapiro@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

*Counsel for Plaintiff Roadget Business Pte. Ltd.*

*Counsel for Defendants PDD Holdings Inc. and WhaleCo Inc.*