## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROADGET BUSINESS PTE. LTD.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:24-2402 (TJK)** |
| **PDD HOLDINGS INC., WHALECO INC., and DOES 1-20,** | |
| **Defendants.** | |

## DEFENDANT WHALECO INC.'S LCvR 26.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned, counsel of record for Whaleco Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Whaleco Inc. which have any outstanding securities in the hands of the public:

- PDD Holdings Inc. (NASDAQ: PDD)

These representations are made in order that judges of this Court may determine the need for recusal.

Date: October 16, 2024

Attorney of Record

 /s/ Anna Naydonov
Anna Naydonov (D.C. Bar No. 980910)
WHITE & CASE LLP
701 Thirteenth St., NW
Washington, D.C. 20005
Telephone: (202) 637-6197
Fax: (202) 639-9355
anna.naydonov@whitecase.com