UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PDD HOLDINGS INC., WHALECO INC., and DOES 1-20,<br><br>Defendants. | Civil Action No. 1:24-2402 (TJK) |

## DEFENDANT PDD HOLDINGS INC.'S LCvR 26.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned, counsel of record for PDD Holdings Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of PDD Holdings Inc. which have any outstanding securities in the hands of the public:

- Tencent Holdings Limited

These representations are made in order that judges of this Court may determine the need for recusal.

Date: October 16, 2024

Attorney of Record

 */s/ Anna Naydonov*
Anna Naydonov (D.C. Bar No. 980910)
WHITE & CASE LLP
701 Thirteenth St., NW
Washington, D.C. 20005
Telephone: (202) 637-6197
Fax: (202) 639-9355
anna.naydonov@whitecase.com