IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> PDD HOLDINGS INC., WHALECO INC., and DOES 1-20, <br><br> Defendants. | Civil Action No. 24-2402 (TJK) <br><br> **DEMAND FOR JURY TRIAL** |

### DEFENDANT WHALECO INC.'S
### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Whaleco Inc. ("Whaleco") hereby moves to dismiss Counts I, II, XI, XIV, XV, and XVI of Plaintiff Roadget Business Pte. Ltd.'s Complaint (ECF Nos. 1, 6-1) with prejudice ("Motion"). The grounds for this Motion appear in Whaleco's accompanying Memorandum in Support of Its Motion to Dismiss for Failure to State a Claim, concurrently filed with this Motion.

WHEREFORE, Whaleco respectfully requests that this Motion be granted.

1

October 16, 2024

/s/ Anna Naydonov
Anna Naydonov (D.C. Bar No. 980910)
Michael J. Songer (D.C. Bar No. 453727)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
anna.naydonov@whitecase.com
michael.songer@whitecase.com

Glenn M. Kurtz (*pro hac vice*)
Claudine Columbres (*pro hac vice*)
Jacqueline L. Chung (D.C. Bar No. NY0581)
Camille M. Shepherd (*pro hac vice*)
Rosie Norwood-Kelly (D.C. Bar No. 1780519)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
gkurtz@whitecase.com
ccolumbres@whitecase.com
jacqueline.chung@whitecase.com
camille.shepherd@whitecase.com
rosie.norwood-kelly@whitecase.com

Respectfully submitted,

Gregg F. LoCascio (D.C. Bar No. 452814)
Sean M. McEldowney (*pro hac vice pending*)
Stephen C. DeSalvo (*pro hac vice pending*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
gregg.locascio@kirkland.com
smceldowney@kirkland.com
stephen.desalvo@kirkland.com

Joshua L. Simmons (*pro hac vice pending*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.simmons@kirkland.com

*Counsel for Defendants*