IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PDD HOLDINGS INC., WHALECO INC., and DOES 1-20,<br><br>Defendants. | Civil Action No. 24-2402 (TJK)<br><br>**DEMAND FOR JURY TRIAL** |

**[PROPOSED] ORDER GRANTING DEFENDANT WHALECO INC.'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Upon consideration of Defendant Whaleco Inc.'s motion to dismiss Plaintiff Roadget Business Pte. Ltd.'s Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), and materials in support thereof, it is **HEREBY ORDERED** that the Motion is **GRANTED**. Counts I, II, XI, XIV, XV, and XVI of Plaintiff Roadget Business Pte. Ltd.'s Complaint (ECF Nos. 1, 6-1) are dismissed.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
THE HONORABLE TIMOTHY J. KELLY
United States District Judge