# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 1:24-2402 (TJK) |
| PDD HOLDINGS INC., WHALECO INC., and DOES 1-20, | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

## DEFENDANT PDD HOLDINGS INC.'S MOTION TO DISMISS

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendant PDD Holdings Inc. ("PDDH") hereby moves to dismiss the Complaint (ECF Nos. 1, 6-1) with prejudice ("Motion"). As grounds for its Motion, PDDH relies on and incorporates fully (i) its Memorandum of Points and Authorities in Support of PDDH's Motion to Dismiss and (ii) the Declaration of Kairui Zhang in Support of this Motion, filed concurrently herewith.

Further, to the extent that this Court determines that it has personal jurisdiction over PDDH (which PDDH respectfully maintains it does not), PDDH joins in Defendant Whaleco Inc.'s Motion to Dismiss for Failure to State a Claim (the "Whaleco Motion"), and relies on and incorporates fully the grounds for the Whaleco Motion.

Date: October 16, 2024

/s/ Anna Naydonov
Anna Naydonov (D.C. Bar No. 980910)
Michael J. Songer (D.C. Bar No. 453727)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
anna.naydonov@whitecase.com
michael.songer@whitecase.com

Glenn M. Kurtz (*pro hac vice*)
Claudine Columbres (*pro hac vice*)
Jacqueline L. Chung (D.C. Bar No. NY0581)
Camille M. Shepherd (*pro hac vice*)
Rosie Norwood-Kelly (D.C. Bar No. 1780519)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
gkurtz@whitecase.com
ccolumbres@whitecase.com
jacqueline.chung@whitecase.com
camille.shepherd@whitecase.com
rosie.norwood-kelly@whitecase.com

Respectfully submitted,

Gregg F. LoCascio (D.C. Bar No. 452814)
Sean M. McEldowney (*pro hac vice pending*)
Stephen C. DeSalvo (*pro hac vice pending*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
gregg.locascio@kirkland.com
smceldowney@kirkland.com
stephen.desalvo@kirkland.com

Joshua L. Simmons (*pro hac vice pending*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.simmons@kirkland.com

*Counsel for Defendants*