UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>PDD HOLDINGS INC., WHALECO INC., and DOES 1-20,<br><br>    Defendants. | Civil Action No. 24-2402 (TJK) |

**DECLARATION OF KAIRUI ZHANG IN SUPPORT OF
DEFENDANT PDD HOLDINGS INC.'S MOTION TO DISMISS**

I, Kairui Zhang, under penalty of perjury, declare as follows:

1. I am at least 18 years of age and submit this declaration in support of PDD Holdings Inc. ("PDDH")'s Motion to Dismiss the Complaint in the above referenced action. I have personal knowledge of the facts stated in this declaration. If called upon, I would testify competently thereto.

2. I am Director of Investor Relations for PDDH. I have held this position since August 2023. By virtue of my role, I am generally familiar with the corporate structure and governance of PDDH. I am also generally familiar with PDDH's relationships with its subsidiaries because PDDH reports its financial statements on a consolidated basis.

**PDDH Is A Holding Company**

3. PDDH is a holding company that is incorporated in the Cayman Islands with its principal executive offices at First Floor, 25 St. Stephen's Green, Dublin 2, D02 XF99, Ireland.

4. PDDH does not operate any substantive business and has no employees.

5. PDDH has never manufactured, listed, displayed, advertised, sold, or shipped any products, nor does it offer any services or advertise or solicit any business.

6. PDDH, as a holding company, does not operate the Temu e-commerce marketplace ("Temu") or any other e-commerce business.

**PDDH Does Not Have A Presence In The District Of Columbia Or The United States**

7. PDDH is not registered to do business in the District of Columbia or anywhere in the United States and does not do business in the District of Columbia or anywhere in the United States.

8. PDDH does not hold any licenses issued by the District of Columbia or any state in the United States.

9. PDDH has never directed any sales of products or advertising towards the District of Columbia or the United States, solicited any business in the District of Columbia or the United States, or sold any products or shipped any products to the District of Columbia or the United States.

10. PDDH does not—and has never contracted with another to—lease, own, control, or operate any real property in the District of Columbia or in the United States.  PDDH has never owned, leased, controlled, or maintained an office or other place of business in the District of Columbia or the United States.

11. PDDH has never maintained a bank account, telephone number, or mailing address in the District of Columbia.

12. PDDH does not contract to supply services in the District of Columbia.

13. PDDH does not derive revenue from the sale of goods or services in the District of Columbia or anywhere in the United States.

14. PDDH has not taken payment from residents of the District of Columbia in connection with sales on Temu.

**PDDH Does Not Direct Or Control Whaleco**

15. Whaleco Inc. ("Whaleco") is a Delaware corporation with a principal place of business at 31 St. James Avenue, Boston, Massachusetts 02116.

16. Whaleco operates Temu in the United States, which includes operating the Temu website, mobile application and marketing, advertisements, and decision-making in the United States.

17. Whaleco directly hires, pays, and manages its employees in the United States. Whaleco also leases its own office space.

18. PDDH does not share any of the following with Whaleco: articles of incorporation, bylaws, annual reports, board meetings, bank accounts, payroll accounts, office space, financial records, employment records, and accounting records. PDDH and Whaleco do not comingle funds.

19. PDDH does not share any directors, officers, or employees with Whaleco.

20. PDDH does not pay or manage Whaleco's employees.

21. PDDH has not caused Whaleco to become inadequately capitalized or insolvent. PDDH is not responsible for Whaleco's debts or operating expenses.

22. PDDH does not manage the day-to-day operations of Whaleco. PDDH has not authorized or directed Whaleco to act on behalf of, or legally bind, PDDH. PDDH does not make decisions regarding the operation of Temu.

23. PDDH is not involved in advertising or marketing for Temu. PDDH does not direct or operate social media accounts or other websites related to Temu. PDDH has never promoted Temu and is not involved in communications with social media influencers to promote Temu.

24. PDDH is not engaged in communications or contractual relationships with third-party sellers on Temu. PDDH does not direct or control the sale, sourcing, exportation, importation, packaging, distribution, fulfillment, shipping, or warehousing of products offered for sale or sold on Temu.

25. PDDH does not own, operate, maintain, or contract for Temu web servers.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 16th day of October, 2024.

5