UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> PDD HOLDINGS INC., WHALECO INC., and DOES 1-20, <br><br> Defendants. | Civil Action No. 1:24-2402 (TJK) |

## [PROPOSED] ORDER GRANTING DEFENDANT PDD HOLDINGS INC.'S MOTION TO DISMISS

Upon consideration of Defendant PDD Holdings Inc.'s Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) (the "Motion") and the materials in support thereof it is HEREBY ORDERED that

1. The Motion is GRANTED.

2. This action is dismissed WITH PREJUDICE as to Defendant PDD Holdings Inc. for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

SO ORDERED this ___ day of _____, 202__.

_____
TIMOTHY J. KELLY
United States District Judge